FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00468-CR
### NO. 02-13-00469-CR

RICKY D. DAVIS                                                        APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 1295144D, 1295152D

------------

## ORDER

------------

Appellant's attorney has filed in this court a motion to withdraw as appellant's court-appointed attorney in the above entitled and number causes. He has also filed a brief in support of that motion. Appellant, after having been notified of this fact, now requests that he be permitted to examine the record for the purposed of preparing a pro se response to the *Anders* brief.

Therefore, the trial court clerk is ordered to make the record available to appellant by **Tuesday, August 5, 2014**. The trial court clerk shall also provide

written notification to the court of appeals by **Tuesday, August 5, 2014** that the record has been made available to appellant.

The clerk of this court is directed to transmit a copy of this order to appellant, the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED July 22, 2014.

PER CURIAM